# EXHIBIT 1

Subject:
RE: request for correspondence associated with USC CLaims DRO/ERO e-mail box
From:
ICE-FOIA <ICE-FOIA@ice.dhs.gov>
Date:
3/16/2017 12:56 PM
To:
Jacqueline Stevens <jacqueline-stevens@northwestern.edu>

Good afternoon,

The ICE FOIA office is currently working through entering a backlog of new FOIA requests. Once your request has been entered into our system you will receive an acknowledgment e-mail along with a tracking number assigned to your request.

Sincerely,

ICE FOIA

From: Jacqueline Stevens [mailto:jacqueline-stevens@northwestern.edu]
Sent: Wednesday, March 15, 2017 4:31 PM
To: ice-foia@dhs.gov
Cc: andrew@immigrantcivilrights.com
Subject: Fw: request for correspondence associated with USC CLaims DRO/ERO e-mail box

To Whom It May Concern,

This is to memorialize that today I called the ICE FOIA telephone number listed here:

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.ice.gov_foia_overview&d=DwIFAg&c=yHlS04HhBraes5BQ9ueu5zKhE7rtNXt_d0l2z2PA6ws&r=CSkbcwI7yUmpQCSc0XdWKHK7fI-OiXR4mtr3VjWPrx8q0pO4CB7B_W2lAXinwcVk&m=TtHreGGDVTDKiSYsUObYJcreWAkDymbcNFgpW8RF9Zg&s=ao4_sWsVX9z46TzxXt7zlEavkKjPxn56s2y-xySS3dw&e=

(866) 633-1182

I left a message indicating that I have received no confirmation receipt by email or by mail and no tracking number. It is beyond the 30 days that the FOIA statute authorizes and the absence of any response may be construed as a constructive denial.

I would appreciate a tracking number and any information received by your office responsive to this request, even if you have not received all responsive information.

Thank you for your help,

Jackie Stevens

Professor
Political Science and Legal Studies
Northwestern University

Director
Deportation Research Clinic
Buffett Institute
http://buffett.northwestern.edu/programs/deportationresearch/

office phone: 847-467-2093

mail
601 University Place
Political Science Department
Evanston, IL  60208
https://urldefense.proofpoint.com/v2/url?u=http-3A__jacquelinestevens.org&d=DwIFAg&c=yHlS04HhBraes5BQ9ueu5zKhE7rtNXt_d012z2PA6ws&r=CSkbcwI7yUmpQCSc0XdWKHK7fI-OiXR4mtr3VjWPrx8q0pO4CB7B_W2lAXinwcVk&m=TtHreGGDVTDKiSYsUObYJcreWAkDymbcNFgpW8RF9Zg&s=Gd2QX4JSPtC5JsJMYMXoPy9S5MfDMY3p22BhtISOa1A&e=
https://urldefense.proofpoint.com/v2/url?u=http-3A__stateswithoutnations.blogspot.com&d=DwIFAg&c=yHlS04HhBraes5BQ9ueu5zKhE7rtNXt_d012z2PA6ws&r=CSkbcwI7yUmpQCSc0XdWKHK7fI-OiXR4mtr3VjWPrx8q0pO4CB7B_W2lAXinwcVk&m=TtHreGGDVTDKiSYsUObYJcreWAkDymbcNFgpW8RF9Zg&s=sIWnMdBkVPDp8QvS2tjc7EGoWm2guqg8dmFwui7wmEQ&e=
<https://urldefense.proofpoint.com/v2/url?u=http-3A__jacquelinestevens.org&d=DwIFAg&c=yHlS04HhBraes5BQ9ueu5zKhE7rtNXt_d012z2PA6ws&r=CSkbcwI7yUmpQCSc0XdWKHK7fI-OiXR4mtr3VjWPrx8q0pO4CB7B_W2lAXinwcVk&m=TtHreGGDVTDKiSYsUObYJcreWAkDymbcNFgpW8RF9Zg&s=Gd2QX4JSPtC5JsJMYMXoPy9S5MfDMY3p22BhtISOa1A&e= >

---

From: Jacqueline Stevens
Sent: Monday, February 13, 2017 4:12 PM
To: ICE-FOIA@dhs.gov
Cc: andrew@immigrantcivilrights.com; Kristen Elizabeth Campbell; kelbys@u.northwestern.edu
Subject: request for correspondence associated with USC CLaims DRO/ERO e-mail box

To Whom It May Concern:

I write under the Freedom of Information Act to request all correspondence on the detention or removal proceedings for people claiming or proving US citizenship since January 1, 2017.

This request includes but is not limited to email received by or sent to an email address established by ICE for the purpose of assessing claims of US citizenship.

Please note that on November 19 , 2009, then Asst. Sec. of ICE, John Morton wrote in part:

"If the individual's claim is credible on its face, or if the investigation results in probative evidence

that the detained individual is a USC, the individual should be released from detention. *Any
significant change in circumstances should be reported to the "USC Claims DRO" e-mailbox and
the "OPLA Field Legal Ops" e-mail box."*

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.ice.gov_doclib_detention-2Dreform_pdf_usc-5Fguidance-5Fnov-5F2009.pdf&d=DwIFAg&c=yHlS04HhBraes5BQ9ueu5zKhE7rtNXt_d01zz2PA6ws&r=CSkbcwI7yUmpQCSc0XdWKHK7fI-OiXR4mtr3VjWPrx8q0pO4CB7B_W2lAXinwcVk&m=TtHreGGDVTDKiSYsUObYJcreWAkDymbcNFgpW8RF9Zg&s=nu0psmwl2BaOki3yZGOFpwB8N2kskP0XUSUwnbHaYgo&e=

I am requesting all correspondence as well as all attachments and referenced reports, notes, text messages, or any other information maintained in any medium associated with the reported cases. I would appreciate it if you contact the relevant personnel at CBP, ICE OGC, ERO and OPLA for this request.

The time frame for this request is January 1, 2017 to the present.

I will be using this information for my research, teaching, and scholarly as well as popular publications and therefore am requesting a waiver of all fees. For documentation of the public impact of this research, please see
http://buffett.northwestern.edu/programs/deportationresearch/
Please note that my work on the detention and deportation of U.S. citizens has been published in the NY Times and reported on in the New Yorker magazine.
If you have any questions, please feel free to contact me here or at (847) 467-2093.
Thank you,
Jacqueline Stevens

Professor
Political Science and Legal Studies
Northwestern University

Director
Deportation Research Clinic
Buffett Institute
http://buffett.northwestern.edu/programs/deportationresearch/

office phone: 847-467-2093

mail
601 University Place
Political Science Department

```
Evanston, IL   60208
https://urldefense.proofpoint.com/v2/url?u=http-
3A__jacquelinestevens.org&d=DwIFAg&c=yHlS04HhBraes5BQ9ueu5zKhE7rtNXt_d012
z2PA6ws&r=CSkbcwI7yUmpQCSc0XdWKHK7fI-
OiXR4mtr3VjWPrx8q0pO4CB7B_W2lAXinwcVk&m=TtHreGGDVTDKiSYsUObYJcreWAkDymbcN
FgpW8RF9Zg&s=Gd2QX4JSPtC5JsJMYMXoPy9S5MfDMY3p22BhtISOa1A&e=
https://urldefense.proofpoint.com/v2/url?u=http-
3A__stateswithoutnations.blogspot.com&d=DwIFAg&c=yHlS04HhBraes5BQ9ueu5zKh
E7rtNXt_d012z2PA6ws&r=CSkbcwI7yUmpQCSc0XdWKHK7fI-
OiXR4mtr3VjWPrx8q0pO4CB7B_W2lAXinwcVk&m=TtHreGGDVTDKiSYsUObYJcreWAkDymbcN
FgpW8RF9Zg&s=sIWnMdBkVPDp8QvS2tjc7EGoWm2guqg8dmFwui7wmEQ&e=
<https://urldefense.proofpoint.com/v2/url?u=http-
3A__jacquelinestevens.org&d=DwIFAg&c=yHlS04HhBraes5BQ9ueu5zKhE7rtNXt_d012
z2PA6ws&r=CSkbcwI7yUmpQCSc0XdWKHK7fI-
OiXR4mtr3VjWPrx8q0pO4CB7B_W2lAXinwcVk&m=TtHreGGDVTDKiSYsUObYJcreWAkDymbcN
FgpW8RF9Zg&s=Gd2QX4JSPtC5JsJMYMXoPy9S5MfDMY3p22BhtISOa1A&e= >
```