| Date | Location | | | | |
|---|---|---|---|---|---|
| 01/27/17 | Arlington/DC | 3673 | 3678 | 2 | 17 |
| 01/27/17 | Arlington/DC | 5866 | 5871 | | |
| 01/27/17 | Arlington/DC | 4581 | 4586 | | |
| 02/02/17 | Arlington/DC | 5929 | 5935 | 1 | |
| 02/02/17 | Arlington/DC | 5979 | 5985 | | |
| 02/03/17 | San Francisc | 5812 | 5820 | 1 | |
| 02/03/17 | San  Francis | 5970 | 5978 | | |
| 03/09/17 | El Paso | 3093 | 3102 | 1 | |
| 03/09/17 | El Paso | 3103 | 3103 | | |
| 03/17/17 | Los Angeles | 3909 | 3915 | 1 | |
| 03/17/17 | Los Angeles | 3922 | 3928 | | |
| 03/22/17 | New York | 3936 | 3941 | 1 | |
| 03/22/17 | New York | 4016 | 4022 | | |
| 03/23/17 | New York | 4167 | 4173 | 1 | |
| 03/23/17 | New York | 5936 | 5942 | | |
| 03/27/17 | New York | 4252 | 4260 | 1 | |
| 03/27/17 | New York | 2421 | 2429 | | |
| 04/06/17 | New York Cit | 5432 | 5436 | 1 | |
| 04/06/17 | New York Cit | 5451 | 5455 | | |
| 04/20/17 | Arlington/DC | 3816 | 3821 | 1 | |
| 04/20/17 | Arlington/DC | 3836 | 3841 | | |
| 04/27/17 | New York Cit | 5291 | 5295 | 1 | |
| 04/27/17 | New York Cit | 5313 | 5317 | | |
| 05/01/17 | New York Cit | 5307 | 5312 | 2 | |
| 05/01/17 | New York Cit | 5378 | 5383 | | |
| 05/01/17 | New York Cit | 5385 | 5390 | | |
| 12/18/13 | Los Angeles | 2356 | 2363 | 2 | |
| 12/19/13 | Los Angeles | 3974 | 3981 | | |
| 12/20/13 | Los Angeles | 5804 | 5811 | | |
| 03/22/17 | New York Cit | 4833 | 4837 | 1 | |
| 03/22/17 | New York Cit | 4550 | 4554 | | |

| | | | | | |
|---|---|---|---|---|---|
| Baltimore | 5372 | 5377 | 6 | 1 | 91 |
| Baltimore | 5675 | 5680 | 6 | | |
| Boston | 2397 | 2402 | 6 | 1 | |
| Boston | 2765 | 2770 | 6 | | |
| Denver | 4174 | 4179 | 6 | 1 | |
| Denver | 6030 | 6035 | 6 | | |
| Detroit | 4049 | 4055 | 7 | 1 | |
| Detroit | 4065 | 4071 | 7 | | |
| El Paso | 5637 | 5641 | 5 | 1 | |
| El Paso | 5670 | 5674 | 5 | | |
| Houston | 4625 | 4630 | 6 | 6 | |
| Houston | 4861 | 4866 | 6 | | |
| Houston | 4979 | 4984 | 6 | | |
| Houston | 6005 | 6010 | 6 | | |
| Houston | 6011 | 6016 | 6 | | |
| Houston | 2639 | 2644 | 6 | | |
| Houston | 3692 | 3697 | 6 | | |
| Houston | 5846 | 5852 | 7 | 8 | |
| Houston | 5902 | 5908 | 7 | | |
| Houston | 5909 | 5915 | 7 | | |
| Houston | 5994 | 6000 | 7 | | |
| Houston | 2702 | 2708 | 7 | | |
| Houston | 3758 | 3764 | 7 | | |
| Houston | 3765 | 3771 | 7 | | |
| Houston | 3929 | 3935 | 7 | | |
| Houston | 4001 | 4007 | 7 | | |
| Houston | 4952 | 4959 | 8 | 4 | |
| Houston | 5986 | 5993 | 8 | | |
| Houston | 3857 | 3864 | 8 | | |
| Houston | 5171 | 5178 | 8 | | |
| Houston | 5838 | 5845 | 8 | | |
| Los Angeles | 2800 | 2803 | 4 | 3 | |
| Los Angeles | 3865 | 3868 | 4 | | |
| Los Angeles | 3877 | 3880 | 4 | | |
| Los Angeles | 5052 | 5055 | 4 | | |
| Miami | 2481 | 2487 | 7 | 1 | |
| Miami | 4643 | 4649 | 7 | | |
| New York | 2874 | 2879 | 6 | 9 | |
| New York | 3486 | 3491 | 6 | | |
| New York | 3503 | 3508 | 6 | | |
| New York | 3531 | 3536 | 6 | | |
| New York | 3538 | 3543 | 6 | | |
| New York | 3544 | 3549 | 6 | | |
| New York | 4239 | 4244 | 6 | | |
| New York | 4261 | 4266 | 6 | | |
| New York | 4386 | 4391 | 6 | | |
| New York | 5122 | 5127 | 6 | | |
| New York | 4245 | 4251 | 7 | 1 | |
| New York | 4342 | 4348 | 7 | | |
| New York | 4529 | 4536 | 8 | 2 | |
| New York | 4537 | 4544 | 8 | | |

| | | | | |
|---|---|---|---|---|
| New York | 5101 | 5108 | 8 | |
| New York City | 2409 | 2414 | 6 | 13 |
| New York City | 2415 | 2420 | 6 | |
| New York City | 2759 | 2764 | 6 | |
| New York City | 4719 | 4724 | 6 | |
| New York City | 4267 | 4272 | 6 | |
| New York City | 4317 | 4322 | 6 | |
| New York City | 5001 | 5006 | 6 | |
| New York City | 5028 | 5033 | 6 | |
| New York City | 5064 | 5069 | 6 | |
| New York City | 5070 | 5075 | 6 | |
| New York City | 5943 | 5948 | 6 | |
| New York City | 2746 | 2751 | 6 | |
| New York City | 2857 | 2862 | 6 | |
| New York City | 4220 | 4225 | 6 | |
| New York City | 4122 | 4127 | 6 | 1 |
| New York City | 4103 | 4108 | 6 | |
| New York City | 3889 | 3895 | 7 | 16 |
| New York City | 4144 | 4150 | 7 | |
| New York City | 4180 | 4186 | 7 | |
| New York City | 4187 | 4193 | 7 | |
| New York City | 4392 | 4398 | 7 | |
| New York City | 4699 | 4705 | 7 | |
| New York City | 4814 | 4820 | 7 | |
| New York City | 4917 | 4923 | 7 | |
| New York City | 5007 | 5013 | 7 | |
| New York City | 5014 | 5020 | 7 | |
| New York City | 5040 | 5046 | 7 | |
| New York City | 5215 | 5221 | 7 | |
| New York City | 5958 | 5964 | 7 | |
| New York City | 2772 | 2778 | 7 | |
| New York City | 2818 | 2824 | 7 | |
| New York City | 2893 | 2899 | 7 | |
| New York City | 3415 | 3421 | 7 | |
| New York City | 4924 | 4930 | 7 | 3 |
| New York City | 4931 | 4937 | 7 | |
| New York City | 5021 | 5027 | 7 | |
| New York City | 2958 | 2964 | 7 | |
| New York City | 3403 | 3410 | 8 | 4 |
| New York City | 4362 | 4369 | 8 | |
| New York City | 4650 | 4657 | 8 | |
| New York City | 5114 | 5121 | 8 | |
| New York City | 2830 | 2837 | 8 | |
| New York City | 2513 | 2521 | 9 | 3 |
| New York City | 2909 | 2917 | 9 | |
| New York City | 4788 | 4796 | 9 | |
| New York City | 5183 | 5191 | 9 | |
| New York City | 5086 | 5094 | 9 | 1 |
| New York City | 2921 | 2929 | 9 | |
| Newark | 4545 | 4549 | 5 | 2 |
| Newark | 4576 | 4580 | 5 | |
| Newark | 5568 | 5572 | 5 | |
| Philadelphia | 2737 | 2742 | 6 | 2 |

| | | | | |
|---|---|---|---|---|
| Philadelphia | 2752 | 2757 | 6 | |
| Philadelphia | 3982 | 3987 | 6 | |
| Phoenix | 5563 | 5567 | 5 | 1 |
| Phoenix | 4599 | 4603 | 5 | |
| San Diego | 5243 | 5251 | 9 | 1 |
| San Diego | 5537 | 5545 | 9 | |
| San Diego | 4437 | 4443 | 7 | 2 |
| San Diego | 2619 | 2625 | 7 | |
| San Diego | 4604 | 4610 | 7 | |
| San Diego | 4232 | 4238 | 7 | 3 |
| San Diego | 4328 | 4334 | 7 | |
| San Diego | 4854 | 4860 | 7 | |
| San Diego | 5859 | 5865 | 7 | |