**From:** (b)(6);(b)(7)(C)
**Sent:** 17 Mar 2017 18:31:20 -0400
**To:** (b)(6);(b)(7)(C)
**Cc:** (b)(6);(b)(7)(C)
**Subject:** FW: USC Memo (LOS-D),

Hi (b)(6);(b)

Here is another one of my finished USC claims. Thanks for updating PLAnet for me.

Best,

(b)(6);(b)(7)(C)
Associate Legal Advisor
U.S. Department of Homeland Security
Immigration and Customs Enforcement
Office of the Principal Legal Advisor
Immigration Law and Practice Division

E-Mail: (b)(6);(b)(7)(C)
Direct Line in Washington, D.C.: (202) 732-(b)(6);

\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\*
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From:** (b)(6);(b)(7)(C)
**Sent:** Monday, March 13, 2017 1:47 PM
**To:** (b)(6);(b)(7)(C)
**Cc:** (b)(6);(b)(7)(C)
**Subject:** RE: USC Memo (LOS-D),

Busy, but good. Thanks again.