UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-02853 |
| | ) | |
| U.S. Immigration and Customs Enforcement | ) | Judge John F. Kness |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## DECLARATION OF JACQUELINE STEVENS

I, Jacqueline Stevens, state and declare under penalty of perjury that the following is true and correct:

1. I am a named Plaintiff in the Complaint under the Freedom of Information Act ("FOIA"). I have been a tenured full-time professor in the Political Science Department at Northwestern University ("Northwestern") since 2010. In 2012 I became the founding Director of the Deportation Research Clinic, Buffet Institute for Global Affairs, Northwestern University ("Clinic").

2. I make this declaration based on personal knowledge and observations as stated herein. Further, this Declaration contains my professional opinions on certain topics for which I have specialized knowledge based on my education, professional experience, expertise, and research.

3. If called to testify I could and would testify to each of the facts stated within this Declaration.

<u>Research on Deported U.S. Citizens</u>

4. I have researched, investigated, and published on the deportation of U.S. citizens since 2008.[1]

5. In 2012, I founded the Deportation Research Clinic at Northwestern University for the purpose of studying government misconduct in deportation proceedings. Many of the cases I studied have become lawsuits on behalf of the detained U.S. citizens and have been widely reported.

6. As part of my work investigating the deportations of U.S. citizens, I have submitted FOIA requests to U.S. Immigration and Customs Enforcement ("ICE") and other agencies of the Department of Homeland Security ("DHS") for records related to U.S. citizens or individuals who have claim of U.S. citizenship whom ICE and/or CBP have arrested, detained, and/or deported.

7. Prior to this case, I had brought litigation under the FOIA against ICE and other agencies seeking records related to U.S. citizens or individuals who have claim of U.S. citizenship whom ICE and/or CBP have arrested, detained, and/or deported.

---

[1] *See, e.g.*, Jacqueline Stevens, "Thin ICE," *The Nation,* June 5, 2008, https://www.thenation.com/article/archive/thin-ice/; "U.S. Government Unlawfully Detaining and Deporting U.S. Citizens," *Virginia J. of Social Policy and the Law,* 18 (2011), 115 pages; "The Alien Who is a Citizen,in *Citizenship, in Question: Evidentiary Birthright and Citizenship*, ed. Benjamin Lawrance and Jacqueline Stevens (2017) Duke University Press: 217-239. (Recipient of "Best Book Chapter," award, American Political Science Association, Migration and Citizenship Section (2018). The national and global media continue to rely on my reports and interviews, *e.g.*, "Ko Lyn Cheang, "" *San Francisco Chronicle,* July 25, 2025, https://www.sfchronicle.com/us-world/article/deport-citizen-immigration-ice-20774259.php ("As Miguel Silvestre stared at the government document he'd been emailed [from Stevens], he couldn't believe what he was reading. His full name was atop the "Record of Deportable/Inadmissible Alien" form from the U.S. Department of Homeland Security, but just about everything else on the page was false."). Cheang's article was based on my reports referencing documents received through FOIA requests, "'Everything They Did, They Did At Night': This Is How Sheriffs and Federal Agents Deport U.S. Citizens," *States Without Nations*, February 25, 2025, https://stateswithoutnations.blogspot.com/2025/02/everything-they-did-they-did-at-night.html and "Expedited Removal Order to Deport California-Born U.S. Citizen, Citing Removal Order Immigration Judge ... Terminated in 2004," *States Without Nations*, July 9, 2025, https://stateswithoutnations.blogspot.com/2025/07/june-26-2025-expedited-removal-order-to.html.

8. Attorneys and the media regularly reach out to me for information on U.S. citizens in ICE custody or deported. This week I assisted an attorney at a nonprofit who was representing a woman born in the United States and who was raised in another country. She had a U.S. birth certificate and also a birth certificate from another country. I told the attorney of cases I had encountered in which parents fraudulently obtained birth certificates in the countries of residence in order to facilitate their children attending schools and obtaining other government services and shared my published information about these cases with her. I have a meeting with another legal clinic about another person in deportation proceedings and a claim of U.S. citizenship on Monday, March 30, 2026.

9. The information I shared with attorneys and the media is the type of information that would be recorded in a PLAnet memorandum and could be quantified and reported in my scholarship. The material ICE has unlawfully withheld since 2017 is crucial for my scholarship updating the 2011 law review article on ICE unlawfully detaining and deporting U.S. citizens, to which the PLAnet database was a response. .

10. An updated analysis on ICE detaining and deporting U.S. citizens is of urgent interest to policy-makers and courts, as well as the media and voters.

11. In December 2025, I obtained data on immigration court cases adjourned and terminated pursuant to claims of U.S. citizenship. The data I obtained, pursuant to a FOIA request, show that Homeland Security agencies, including ICE, arrest people with claims of U.S. citizenship, and that immigration court adjudicators find agency claims about alienage unpersuasive and terminate removal orders based on evidence of a respondent's U.S. citizenship.

12. On November 25, 2025, DHS approved my request for expedited processing of "all conversations, evidence, and information on which the author of the press [release] 'DHS

Debunks New York Times False Reporting: DHS Does NOT Deport U.S. Citizens' relied."[2]

However, DHS has produced no responsive records, in violation of the statute, and I will again need to go to Court to obtain responsive records.

13. ICE has produced zero pages responsive to this Court's order of February 18, 2026, four days after ICE is claiming its FOIA workers were furloughed.

14. ICE's failure to provide any responsive records following this Court's order, along with the last minute motion for a stay, well after February 14, 2026, is consistent with my experience of ICE and DHS efforts to hide from me and the public evidence of agency misconduct, and not a good faith effort to enforce the FOIA.

The above is true and correct to the best of my knowledge and recollections.

Dated: March 27, 2026.


JACQUELINE STEVENS
601 University Place
Second Floor, Political Science Department
Evanston, Illinois  60208
(847) 467-2093
jacqueline-stevens@northwestern.edu

---

[2] Email from DHS FOIA to Jacqueline Stevens, "Department of Homeland Security FOIA 2026-HQFO-00216 Acknowledgment."