UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, Plaintiff, | ) | |
| v. | ) | No. 17 C 2853 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, Defendant. | ) | Judge Kness |

**JOINT STIPULATION REGARDING PRODUCTION SCHEDULE**

The parties, through their attorneys, jointly submit this stipulation regarding the court's request (Dkt. 125) that the parties submit individual statements regarding a production schedule:

1. In the wake of the filings of the parties' individual statements regarding a production schedule (Dkt. 126-127), the parties have continued to meet and confer.

2. The parties now jointly stipulate that defendant will process the remaining material within 45 days of the filing of this stipulation.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
alex.hartzler@usdoj.gov

s/ Daniel Melo

DANIEL MELO
Attorney for Plaintiff
The Melo Law Firm
2920 Forestville Road, Suite 100
PMB 1192
Raleigh, North Carolina 27616
(919) 348-9213
dan@themelolawfirm.com